NUMBER 13-08-00669-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

JOSE LUIS AVILA, Appellant,


v.



DIANA LOPEZ AVILA, Appellee. 

_____________________________________________________________


On appeal from the 197th District Court 


of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant, Jose Luis Avila, appealed a judgment rendered against him in favor of
appellee, Diana Lopez Avila. On November 20, 2008, the Clerk of this Court notified
appellant that the notice of appeal did not comply with Tex. R. App. P. 25.1 and 9.5, and
directed appellant to file an amended notice of appeal with the trial court and appellate
court within thirty days. To date the appellant has not responded to this Court's notice.

 On December 8, 2008, the Clerk of this Court notified appellant that the clerk's
record in the above cause was originally due on December 8, 2008, and that the deputy
district clerk, Christina Tusa, had notified this Court that appellant failed to make
arrangements for payment of the clerk's record. The Clerk of this Court notified appellant
of this defect so that steps could be taken to correct the defect, if it could be done. See
Tex. R. App. P. 37.3, 42.3(b). Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this notice, the appeal would be dismissed for
want of prosecution. 

 Appellant has failed to respond to this Court's notices. Accordingly, the appeal is
DISMISSED FOR WANT OF PROSECUTION. See Tex. R. App. P. 42.3(b), (c). 

 

 PER CURIAM


Memorandum Opinion delivered and 

filed this the 29th day of January, 2009.